In the Matter of the Application of the Public Service Commission for the Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railroad or Railroads for the Conveyance and Transportation of Persons and Property, as Determined by the Commission, Ought to Be Constructed and Operated. Steinway Tunnel and

Queensboro Plaza Route.— Motion for leave to appeal to the Court of Appeals denied. Present—Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.